# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>JEANETTE VARGAS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-mj-488<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 2023 through January 2024** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

**DAVID M KRAUSS**
Digitally signed by DAVID M KRAUSS
Date: 2025.08.21 23:44:14 -04'00'

*Complainant's signature*

David Krauss, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 22, 2025

*[signature]*
Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, OH

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Krauss, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit to show that probable cause exists to believe that beginning on an exact date unknown, but at least November 2023, and continuing up to and including January 2024, in the Southern District of Ohio and elsewhere, Jeanette VARGAS and other persons, known and unknown, committed Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349; and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).

2. I am a special agent (SA) with Homeland Security Investigations (HSI), and I have been employed with HSI since January 3, 2023. I am assigned to Homeland Security Task Force at the HSI Columbus, Ohio Office of the Assistant Special Agent in Charge. I am an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7) and empowered by law to conduct investigations of and to make arrests for offenses in violation of Title 18 of the United States Code.

3. I am a graduate of the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training program. Prior to my role as a special agent and beginning August 3, 2018, I was employed as a police officer with the City of Springfield, Ohio Division of Police. On December 20, 2021, I was promoted to the rank of police sergeant.

4. I have had formal and on-the-job training in matters involving fraud and other financial crimes from instructors, supervisors, and colleagues. I am knowledgeable in the enforcement of federal laws pertaining to fraud and financial crimes, and I am familiar with techniques criminals use to conceal and convert proceeds of crime to appear legitimate, which is also known as money laundering.

5. I have executed or participated in the execution of numerous search and arrest warrants, and I have seized or assisted in seizing contraband and evidence. Through training and experience, I am aware that persons involved in theft and fraud tend to conceal their identities as well as the locations at which they reside. Thieves and fraudsters are also known to have vehicles, properties, businesses, utilities, mobile telephone services, and other assets in the names of other people to conceal association with their criminal activity as it relates to financial transactions. I am aware through training and experience that while fraudsters may establish businesses or purchase assets in their own names, they also may establish businesses and place assets they have acquired in the names of other individuals to conceal the true ownership, the true nature of the transactions, and the source of funds. I also know fraudsters often generate, maintain, and conduct transactions with large amounts of U.S. currency, which represent the proceeds of fraud. Fraudsters will also launder the money used in the illegal transactions through businesses they own or operate and/or by acquiring assets.

6. The information set forth in this affidavit is based upon my knowledge, training, experience, and participation in investigations involving financial crimes. This information is also based on the knowledge, training, experience, and investigations conducted by fellow law enforcement officers, which have been reported to me either directly or indirectly. Additionally, this information is based on the review of bank records and interviews of victims and witnesses. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. I believe this information to be true and reliable. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and arrest warrant and does not set

forth all my knowledge about this matter. I did not withhold any information or evidence that would negate probable cause.

7. I know it is a violation of 18 U.S.C. § 1349 for any person to conspire to commit bank fraud. I also know it is a violation of 18 U.S.C. § 1028A(a)(1) for any person, during and in relation to certain enumerated felony violations (including bank fraud), to knowingly transfer, possess, or use, without lawful authority, a means of identification of another person.

## PROBABLE CAUSE

8. The United States, including HSI Columbus and the Treasury Inspector General for Tax Administration (TIGTA), is conducting a criminal investigation of Jeanette VARGAS, Alberto RIOS, and others for a fraud conspiracy that operated within the Southern District of Ohio and elsewhere. As further described below, VARGAS, RIOS, and other co-conspirators engaged in a scheme where stolen U.S. Treasury checks would be deposited into bank accounts fraudulently opened in the names of the Treasury check payees. The bank accounts would then be drained of funds via ACH transfers, writing checks, and ATM withdrawals.

## VICTIM 1 AND VICTIM 2

9. On November 28, 2023, VARGAS and an unknown Hispanic male (Co-Conspirator 1) appeared at First Merchants Bank, 2517 Fort Street, Wyandotte, Michigan 48192. Bank surveillance footage depicted VARGAS and Co-Conspirator 1 negotiate a stolen $136,054.73 U.S. Treasury check payable to Victim 1 and Victim 2 for deposit into a checking account with an account number ending in x5736 in the name of Victim 1. A still image of VARGAS and Co-Conspirator 1 making the deposit is below:



10. First Merchants Bank detected this fraudulent deposit before any losses were incurred. The $136,054.73 U.S. Treasury check was examined by the TIGTA Forensic and Digital Science Laboratory on June 11, 2024, and three latent prints on the check were identified as belonging to VARGAS.

11. On December 18, 2024, TIGTA SA Brian Slemons and I conducted a telephonic interview of Victim 1 and Victim 2. Victim 1 and Victim 2 stated they didn't receive their $136,054.73 U.S. Treasury check. Victim 1 and Victim 2 didn't authorize anyone to endorse the check or deposit it. Victim 1 and Victim 2 stated they never had a First Merchants Bank account or authorized anyone to open a First Merchants Bank account for them.

12. On April 3, 2025, during an interview with HSI and TIGTA agents, Alberto RIOS, a co-conspirator, identified VARGAS as being the female on the left side of the above still image. RIOS has been charged by indictment in the Southern District of Ohio with one count of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, and three counts

of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1) (case number 2:25-cr-70). RIOS has also been charged by indictment in the Eastern District of New York with one count of Conspiracy to Distribute and Possess With Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C) (case number 2:25-cr-121). RIOS was arrested on the New York warrant on April 3, 2025. Upon arrest, RIOS was informed of his constitutional rights, and he consented to be interviewed. HSI and TIGTA agents were present for the arrest and interviewed him about the check-fraud scheme.

## VICTIM 3 AND VICTIM 4

13. On December 8, 2023, RIOS, purporting to be Victim 3, and VARGAS, purporting to be Victim 4, opened a checking account with an account number ending in x1406 and a savings account with an account number ending in x4041 at First Merchants Bank, 6950 East Main Street Reynoldsburg, Ohio 43068. While opening the accounts, RIOS and VARGAS presented fraudulent driver licenses in the names of Victim 3 and Victim 4. Although the fraudulent licenses had the names of Victim 3 and Victim 4, a photograph of RIOS's face was on the driver license for Victim 3 and a photograph of VARGAS's face was on the driver license for Victim 4.

14. On January 3, 2024, RIOS appeared at First Merchants Bank, 37100 Woodward Avenue, Bloomfield Hills, Michigan 48304. RIOS then negotiated for deposit a stolen U.S. Treasury check payable to Victim 3 and Victim 4 in the amount of $765,000. The check was deposited into the checking account with an account number ending x1406 in the names of Victim 3 and Victim 4. The names of Victim 3 and Victim 4 were signed on the back of the check as endorsement. The deposit of this check by RIOS was captured by bank surveillance footage. Below is an image of RIOS making the deposit:



15. According to bank records, following the fraudulent deposit of the $765,000 U.S. Treasury check and between January 4, 2024, and April 29, 2024, $764,625.82 was drained from the checking account with account number ending x1406 via ACH transfers, writing checks, and ATM withdrawals.

16. On November 22, 2024, HSI SA Alexander Harnish and I interviewed Witness 1, the First Merchants Bank employee who unwittingly opened fraudulent accounts for RIOS and VARGAS in the names of Victim 3 and Victim 4. Witness 1 was shown photographs of the fraudulent driver licenses used to open the accounts and confirmed the individuals pictured on the driver licenses were the individuals who opened the accounts (RIOS and VARGAS) on December 8, 2023. Witness 1 was shown the above image of RIOS making the $765,000 U.S. Treasury check deposit and confirmed he was the same person who opened the account while purporting to be Victim 3.

17. On November 26, 2024, SA Harnish and I conducted a telephonic interview of Victim 3. Victim 3 told investigators they didn't authorize anyone to open a bank account in their name in December 2023. Victim 3 stated they never endorsed their $765,000 U.S. Treasury check or authorized anyone to endorse or deposit it on their behalf. Victim 3 later told investigators they were unfamiliar with First Merchants Bank.

18. On December 2, 2024, HSI SA Chadwick Van Sickle and I conducted a telephonic interview of Victim 4. Victim 4 told investigators they didn't open a First Merchants Bank account in December 2023 or authorize anyone to open an account on their behalf. Victim 4 said they never received, endorsed, or deposited their $765,000 U.S. Treasury check, or authorized anyone to endorse or deposit the check for them.

19. On April 3, 2025, during an interview with HSI and TIGTA agents, RIOS identified VARGAS as the individual posing as Victim 4.

## VICTIM 7 AND VICTIM 8

20. On January 11, 2024, RIOS, purporting to be Victim 7, and VARGAS, purporting to be Victim 8, appeared at First Merchants Bank, 1460 Grandview Avenue, Columbus, Ohio 43212, and opened a checking account with account number ending x8782. At account opening, RIOS presented a fraudulent driver license with his photograph but the name of Victim 7, and VARGAS presented a fraudulent driver license with her photograph but the name of Victim 8. Below is an image of RIOS and VARGAS opening the Victim 7 and Victim 8 account:



21. On January 24, 2024, RIOS appeared at First Merchants Bank, 6450 Telegraph Road, Bloomfield Hills, Michigan 48301. Bank surveillance footage depicted RIOS negotiate for deposit a stolen U.S. Treasury check for $295,828.72 payable to Victim 7 and Victim 8. The check was deposited into the First Merchants Bank checking account with account number ending x8782 in the names of Victim 7 and Victim 8. First Merchants Bank detected this fraudulent deposit before any losses were incurred. An image of RIOS making the deposit is below. Co-Conspirator 1 could be seen in the bank while RIOS made the deposit.



22. On December 16, 2024, SA Slemons and I conducted a telephonic interview of Victim 7 and Victim 8. Victim 7 stated they had never heard of First Merchants Bank. Victim 7 and Victim 8 stated they never have had an account at First Merchants Bank, and they didn't authorize anyone to open an account at First Merchants Bank for them. Victim 7 and Victim 8 didn't endorse or deposit the $295,828.72 U.S. Treasury check and didn't authorize anyone to endorse or deposit it.

23. On April 3, 2025, during an interview with HSI and TIGTA agents, RIOS identified VARGAS as the individual posing as Victim 8 during the account opening.

## **CONCLUSION**

24. Based on the facts set forth in this affidavit, there is probable cause to believe that beginning on an exact date unknown, but at least November 2023, and continuing up to and including January 2024, in the Southern District of Ohio and elsewhere, Jeanette VARGAS and

other persons, known and unknown, committed Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349; and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).

DAVID M KRAUSS
Digitally signed by DAVID M KRAUSS
Date: 2025.08.21 23:45:09 -04'00'

David Krauss
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on this  22nd  day of  August , 2025.

Kimberly A. Jolson
United States Magistrate Judge